944 So.2d 1287 (2006)
STATE of Louisiana
v.
Kevin M. GAUSE.
No. 2006-KK-1889.
Supreme Court of Louisiana.
December 20, 2006.
In re Gause, Kevin M.;  Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, Second Parish Court Parish of Jefferson, No. S942691; 24th Judicial District Court Div. A, No. *1288 111.111; to the Court of Appeal, Fifth Circuit, No. 06-K-399.
Denied.
CALOGERO, C.J., would grant.
JOHNSON, J., would grant.
WEIMER, J., would grant.